**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 11/14/01      CASE NUMBER: CR 01-01030-001-PCT-JAT

USA vs. Milton Wagon Jr.

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS  #: 70BF

A.U.S. Attorney Michael Kemp       INTERPRETER _____
                                   LANGUAGE _____

Attorney for Defendant Gerald Williams (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA ___
☐ Initial Appearance
☐ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 1 5 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset
Set for:
Before:

Plea of NOT guilty entered to Counts <u>all pending</u>.

DATE OF MOTION DEADLINE: <u>15 days</u>

Defendant bound over to U.S.D.C. for trial on <u>1/8/02 at 9:00 AM</u> in <u>Prescott</u> before <u>JUDGE TEILBORG</u>

**STATUS HEARING RE:**

Other: _____

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on __ thru __ for a total of __ days.

RECORDED: Cass. M01-123
BY: Lisa M. Richter
Deputy Clerk

(34)