```
            FILED  ____ LODGED
    ____ RECEIVED  ____ COPY

         FEB 1 9 2002

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

```
    ____ FILED    ____ LODGED
    ____ RECEIVED ____ COPY

         FEB 1 1 2002

    CLERK US DISTRICT COURT
      DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   CR-01-1030-02-PCT-JAT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Theresa Wagon, | ) | |
| | ) | |
| Defendant. | ) | |

Upon request of the defendant, and good cause appearing, IT IS HEREBY ORDERED appointing Dr. Marc Walter, Ph.D., to psychologically evaluate the defendant.

IT IS ORDERED authorizing payment to Dr. Walter at the rate of $160.00 per hour, not to exceed $999.00.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. 3161 (h)(8)(A) _____ will commence on 2/11/02 for a total of 3 days.

DATED this 14 day of FEB, 2002.

_____
Judge James A. Teilborg
District Court of Arizona

Wagon-psy-req

3

64

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on February 19, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____Harley L. Cantrum_____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_V\DKSVvnXwW_