


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.CR-01-1030-02-PCT-JAT |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| Theresa Wagon, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the defendant and good cause appearing,

IT IS ORDERED granting the defendant's motion for continuance, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The court specifically finds that the foregoing stated reasons for continuing the trial are good cause to such action and that the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS HEREBY ORDERED resetting the defendant's trial from March 5, 2002,



3

to *April 2, 2002* at *9:00 A*. m. in Prescott, Arizona.

IT IS FURTHER ORDERED vacating the status conference set on February 21, 2002 at 4:00 p.m.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161 (h)(8)(A) _____ will commence on *3/6/02 to 4/2/02* for a total of *27* days.

DATED this *14* day of *FEB*, 2002.

_____
Honorable James A. Teilborg
Arizona District Court