FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 15 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 17 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Kajo Holliday,

    Defendant.

Case No. CR 01-1030-PCT-FJM

O R D E R

PURSUANT TO Defendant's Ex Parte Application for Payment of Expenses for a Private Investigator and good cause appearing,

IT IS HEREBY ORDERED granting Defendant's Application or Payment of Expenses for a Private Investigator. Defendant may retain the investigative firm of Joseph Daniel & Meyer. Payment is authorized at a rate of $40.00 per hour investigative time and $25.00 per hour travel time to a maximum total of $ 1,000.00 .

Excludable delay under 18 U.S.C. § 3161(h)(8) is found to commence on the 15th day of May, 2002, for a total of 1 days.

DATED THIS 16 day of May, 2002.

_____
The Honorable Frederick J. Martone
Judge of the U.S. District Court

1