FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 15 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-01-01030-002-PCT-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| THERESA WAGON, | |
| Defendant. | |

The court has before it a letter dated July 12, 2004 from Leonard J. Lipsutz of the Federal Bureau of Prisons indicating that the defendant escaped from the Behavioral Systems Southwest Community Corrections Center in Florence, Arizona. The clerk shall accept for filing the letter of July 12, 2004, along with a copy of my responsive letter of July 14, 2004.

DATED this 14th day of July, 2004.

Frederick J. Martone
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on July 15, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_VXDPSXvahvf_