FILED ___ LODGED
RECEIVED ___ COPY
OCT 07 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 01-1030-3 PHX FJM (DCT) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kajo Holliday, | |
| Defendant. | |

The court has received a letter dated September 20, 2004 from Warden C. J. DeRosa of the Federal Bureau of Prisons inquiring about defendant's credit for time served in the tribal court. The clerk will accept the letter for filing and send copies to counsel for the government and defendant. The letter will be lodged for response by counsel to be filed no later than October 26, 2004.

DATED this 7 day of October, 2004.

Frederick J. Martone
United States District Judge

153



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

37900 N. 45th Avenue, Dept. 1680
Phoenix, AZ 85027-7000
September 20, 2004

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

OCT - 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

The Honorable Frederick J. Martone
United States District Judge
United States District Court
 for the District of Arizona
Sandra Day O'Conner U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003

CR01-1030-PCT-FJM

Re: Kajo Holliday, Case No.CR01-01030-003, Reg.#48651-008

Dear Judge Martone;

We recently received a Judgment and Commitment order from your court committing the above referenced to the custody of the Bureau of Prisons for a term of sixty-three (63) months. A copy of this judgment is attached for your convenience.

The judgment specified that the Court finds the defendant is not entitled to credit for time served in the tribal court, however, Title 18 U.S.C. § 3585(b) <u>Prior Custody Credit</u> states, a defendant shall receive credit for any time spent in official detention prior to the date the sentence commences.

In support of <u>U.S. v Wilson</u>, the Bureau of Prisons' has determined there is "official detention" time creditable toward Mr. Holliday's federal sentence. If it is the order of the Court not to credit this time under statutory authority, please advise us. At present, we have calculated this sentence with the additional credit.

It is our desire to carry out the intent of the Court in computing his sentence, however, according to statute, the Bureau of Prisons' has the responsibility to give prior custody credit for a period of time a defendant was detained.

If the Court has any questions, concerns, or objections, please do not hesitate to contact me or Michael J. Jenkins, Inmate Systems Manager, at (623)465-9757.

Sincerely,

C.J. DeRosa
Warden