B-9.wpd
PROB AZ B-9
(Rev 9/94)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 01CR-01030-001-PCT-FJM |
| ) | |
| Milton Wagon, Jr. ) | |

## WAIVER AND ORDER

Modification of Probation Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☐ any unfavorable modification of my conditions of probation. 18 USC 3563(c).

☒ any unfavorable modification of my conditions of supervised release. 18 USC 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

1. The defendant shall participate in a Residential Re-entry Center for up to 180 days, or until discharged by the probation officer.

ORDER OF COURT

Considered and ordered this 1 day of August, 2008 and ordered filed and made a part of the records in the above case.

_____
Frederick J. Martone
U.S. District Court Judge

_____  02-19-08
Milton Wagon, Jr.     Date
Defendant

_____  2/19/08
Rebecca Wilcox     Date
U.S. Probation Officer