P_Prob12.frm
(Rev. 12/04)



# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV - 6 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States v. Milton Wagon, Jr.          Docket No. 01CR01030-001-PCT-FJM

### Petition to Revoke Supervised Release  *SEALED*

**COMES NOW PROBATION OFFICER** Rebecca Wilcox presenting an official report on Milton Wagon, Jr. who was committed to the Bureau of Prisons on September 10, 2002 by the Honorable Frederick J. Martone presiding in the District Court of Arizona. A three year period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on September 21, 2007. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
2. You shall submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer..
3. You shall provide the probation officer with access to any requested financial information.
4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
5. You shall abstain from all use of alcohol or alcoholic beverages.

Milton Wagon, Jr., was convicted of 18 USC §1112, Voluntary Manslaughter, a Class C Felony offense.

On August 1, 2008, the conditions of supervision were modified to include: The defendant shall reside and participate in a Residential Re-entry Center for up to180 days, or until discharged by the probation officer.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **VIOLATION OF STANDARD CONDITION #1:** You shall not commit another federal, state, or local crime during the term of supervision.

    On May 27, 2008, Wagon pled guilty to Aggravated Driving While Under the Influence, in violation of F.M.C 25-1-1/66-8-102 D, in San Juan Municipal court, New Mexico. Grade C violation, 7B1.1(a)(3).

2. **VIOLATION OF STANDARD CONDITION #8:** You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. Possession of controlled substances will result in mandatory revocation of your term of supervision. If ordered by the court to participate in a drug and/or alcohol abuse treatment program, you shall totally abstain from the use of any alcoholic beverages or other intoxicants during and after the course of your treatment.

   Wagon used marijuana, amphetamine, and cocaine on September 1, 2008. Grade C violation. §7B1.1(a)(3).

3. **VIOLATION OF SPECIAL CONDITION #5:** You shall abstain from all use of alcohol or alcoholic beverages.

   Wagon consumed alcohol on or about September 1, 2008, upon entering a Residential Re-entry Center. Grade C violation, 7B1.1(a)(3).

4. **VIOLATION OF SPECIAL CONDITION:** The defendant shall reside and participate in a Residential Re-entry Center for 180 days, or until discharged by the probation officer.

   On October 16, 2008, Wagon absconded from the Residential Re-entry Center, BSS-Florence. Grade C violation, 7B1.1(a)(3).

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_____  November 3, 2008
Rebecca Wilcox,                           Date
U.S. Probation Officer


**Reviewed by**

_____  November 3, 2008
Rod McKone                                Date
Supervisory U.S. Probation Officer


## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this ___6___ day of ___November___, 20_08_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Frederick J. Martone,
U.S. District Judge


Defense Counsel:

Gerald Williams