PROB 12C
8/08

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 17 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant

| | | | |
|---|---|---|---|
| Name of Offender: | MILTON WAGON, Jr. | Case No.: | 01CR01030-001-PCT-FJM |
| Name of Judicial Officer: | The Honorable Frederick J. Martone, U.S. District Judge | | |
| Date of Original Sentence: | 9/10/2002 | | |
| Original Offense: | Count 1: Voluntary Manslaughter, 18 USC § 1112 a Class C felony | | |
| Original Sentence: | 78 months Bureau of Prisons, 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 10/30/2009 |
| | | Date Supervision Expires: | 1/30/2012 |
| Assistant U.S. Attorney: | (602) 514-7500 | Defense Attorney: | (602) 382-2700 |

SEALED

Petitioning the Court to issue a Warrant

The probation officer alleges MILTON WAGON, Jr. has violated the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NON-COMPLIANCE |
|---|---|
| A) Standard Condition No. 7: *You shall notify the probation officer at least ten days prior to any change of residence or employment.* | 1) Wagon changed his place of residence from Recovery Homes on November 11, 2009, and did not notify the probation officer 10 days prior to his change of residence. Grade C violation §7B1.1(a)(3). |
| B) Standard Condition No. 9: *You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.* | 1) Wagon used marijuana on or about November 7, 2009, as evidenced by the Kroll Laboratory report. Grade C violation §7B1.1(a)(3). |

C) <u>Special Condition No. 7:</u> *Upon release from custody, you shall reside at Recovery Homes for up to one year or until discharged by the probation officer. You shall participate in and comply with all rules, policies and procedures of the program.*

1) On or about November 12, 2009, Wagon was unsuccesfully discharged from Revcovery Homes after he absconded from the program on November 11, 2009, in violation of the program rules. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Wagon has violated the trust of the Court. A warrant is recommended as Wagon is both a flight risk and a danger as evidenced by his history of absconding from supervision and the nature of the violent nature of the instant offense.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____ for November 13, 2009
Rebbeca Wilcox                Date
U.S. Probation Officer
Office Phone: 928-774-3095
Cell Phone:   928-699-8981

_____ November 13, 2009
R. Brian Colgan               Date
Supervisory U.S. Probation Officer
Office Phone: 602-682-4360
Cell Phone:   602-725-1632

---

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_____                  11-13-09
The Honorable Frederick J. Martone       Date
U.S. District Judge